ELDON S. EDSON (SBN 168896)
eedson@selmanlaw.com
HEE SUNG YOON (SBN 251612)
hyoon@selmanlaw.com
DAVID S. ELSTNER
delstner@selmanlaw.com (SBN 341156)
SELMAN BREITMAN LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, CA 90025-6546
Telephone: 310.445.0800
Facsimile: 310.473.2525

Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>LARRY BUEHNER, an individual; ARTHUR CORANADO, an individual; L&K ENTERPRISES, INC., a California corporation; EAGLE VALLEY INVESTMENTS, a California corporation; BRANDON GARCIA, an individual; ADELAIDE BUMGARDNER, an individual; and DOES 1-50,<br><br>Defendants. | Case No.<br><br>**COMPLAINT FOR DECLARATORY RELIEF AND EQUITABLE REIMBURSEMENT**<br><br>Judge: |

Plaintiff SCOTTSDALE INSURANCE COMPANY ("Scottsdale") pleads the following allegations:

1. This is an insurance coverage action concerning the rights and duties owed under a commercial general liability policy for an underlying third-party lawsuit entitled *Brandon Garcia and Adelaide Bumgardner v. L&K Enterprises, Inc., et al.*, Superior Court of California, County of Stanislaus, Case No. CV-21-005604 ("Underlying Action").

**THE PARTIES**

2. Scottsdale is and was at all times relevant herein, a corporation duly organized under the laws of the State of Ohio with its principal place of business in Scottsdale, Arizona.

3. Scottsdale is informed and believes and based thereon alleges that LARRY BUEHNER ("Buehner") is an individual domiciled in the state of California. Scottsdale is informed and believes and based thereon alleges that Buehner is a defendant in the Underlying Action who is being sued for liability arising from bodily injury and property damage sustained by Brandon Garcia allegedly during the course of performing day-labor work for Buehner.

4. Scottsdale is informed and believes and based thereon alleges that ARTHUR CORANADO ("Coranado") is an individual domiciled in the state of California. Scottsdale is informed and believes and based thereon alleges that Coranado is a defendant in the Underlying Action, erroneously named therein as "Art (a.k.a. Arturo) Contreras," who is being sued for liability arising from bodily injury and property damage sustained by Brandon Garcia allegedly during the course of performing day-labor work for Buehner.

5. Scottsdale is informed and believes and based thereon alleges that L&K ENTERPRISES, INC. ("L&K") is a corporation organized under the laws of California, with its principal place of business in Patterson, California, in Stanislaus County. Scottsdale is informed and believes and thereon alleges that L&K is a defendant in the Underlying Action who is being sued for liability arising from bodily injury and property damage sustained by Brandon Garcia allegedly during the course of performing day-labor work for Buehner.

6. Scottsdale is informed and believes and based thereon alleges that EAGLE VALLEY INVESTMENTS, INC. ("Eagle Valley" and, collectively with Buehner, Coranado and L&K, the "Underlying Defendants") is a corporation organized under the laws of California, with its principal place of business in

Patterson, California, in Stanislaus County. Scottsdale is informed and believes and thereon alleges that Eagle Valley is a defendant in the Underlying Action who is being sued for liability arising from bodily injury and property damage sustained by Brandon Garcia allegedly during the course of performing day-labor work for Buehner.

7. Scottsdale is informed and believes and based thereon alleges that BRANDON GARCIA ("Garcia") is an individual domiciled in the State of California. Scottsdale is informed and believes and based thereon alleges that Garcia is a plaintiff in the Underlying Action who alleges that he sustained bodily injury and property damage while performing day-labor work for Buehner. Scottsdale names Garcia as a defendant solely for the purpose of binding him to any judgment rendered herein under the first cause of action. As such, Scottsdale will dismiss Garcia if he agrees to be bound by any such judgment.

8. Scottsdale is informed and believes and based thereon alleges that ADELAIDE BUMGARDNER ("Bumgardner") is an individual domiciled in the State of California. Scottsdale is informed and believes and based thereon alleges that Bumgardner is a plaintiff in the Underlying Action who alleges that she sustained loss of consortium arising from the bodily injury sustained by Garcia allegedly during the course of performing day-labor work for Buehner. Scottsdale names Bumgardner as a defendant solely for the purpose of binding her to any judgment rendered herein under the first cause of action. As such, Scottsdale will dismiss Bumgardner if she agrees to be bound by any such judgment.

**JURISDICTION AND VENUE**

9. The Court has original jurisdiction under 28 U.S.C. § 1332(a) since complete diversity exists between the Plaintiff and Defendants as alleged above, and the claims are in excess of $75,000. In the Underlying Action, Garcia alleges that he sustained significant and permanent injuries, which caused and continue to cause Garcia great mental, physical, and nervous pain and suffering. Garcia has proposed

settlement offers ranging from $950,000 to a combined total of $3,300,000. Scottsdale is seeking a declaration that it is not required to defend or indemnify Garcia for this loss.

10. Venue lies with this Court under 28 U.S.C. § 1391 since Buehner and Coranado are domiciled in this judicial district, L&K and Eagle Valley's principal places of business are in this judicial district, and the events and circumstances leading to the alleged liability in the Underlying Action occurred in this judicial district.

## GENERAL ALLEGATIONS

### The Bodily Injury

11. Scottsdale is informed and believes and based thereon alleges that Garcia and his partner in the business Tree Guys Tree Care LLC offered to trim trees for Buehner at property he owns in exchange for equipment storage services. Scottsdale is also informed and believes and based thereon alleges that on May 7 or May 8, 2021, Garcia appeared at 101 Sperry Drive, Patterson, CA, 95363, to perform the tree trimming services and asked Coranado to assist him in retrieving a container/bin.

12. Scottsdale is informed and believes and based thereon alleges that Garcia and Coranado left 101 Sperry Drive and arrived at a nearby fenced yard where Buehner stored a commercial truck. Scottsdale is also informed and believes and based thereon alleges that Garcia and Coranado entered the truck and Coranado drove the truck to a location several miles away to retrieve a container/bin.

13. Scottsdale is informed and believes and based thereon alleges that Garcia and Coranado arrived at the location of the container/bin, and Garcia exited the truck. Scottsdale is also informed and believes and based thereon alleges that Coranado remained in the truck to operate a "cable winch" system attached to the truck for purposes of loading the container/bin onto the truck. Scottsdale is also informed and believes and based thereon alleges that while Coranado was operating

the "cable winch" system, Garcia attempted to assist in the retrieval of the container/bin, at which point there was an incident causing bodily injury to Garcia.

## The Underlying Lawsuit

14. On October 20, 2021, Garcia and Bumgardner filed the Underlying Action against Buehner, Coranado, L&K, Eagle Valley, and Does 1-15 alleging two causes of action for Negligence and Loss of Consortium.

15. The Complaint in the Underlying Action alleged that Buehner and L&K were owners of and responsible for maintaining a commercial truck. The Complaint alleged that on May 7, 2021, Coranado negligently operated a "cable winch" system attached to the truck, pulling Garcia's fingers into the winch and causing injuries. The Complaint alleged that Coranado was driving the truck with the permission of the other Underlying Defendants. The Complaint alleged that Coranado was acting within the scope of his agency, employment or contract with Buehner, L&K and Eagle Valley when the incident occurred.

## The Insurance Policy

16. Scottsdale issued to Larry & Joyce Buehner; L&K; Twin Falls Enterprises, Inc.; Eagle Valley; DBA: Westside Modesto & Sperry Ave Self Storage; Stateside Leasing; The Larry K Buehner Trust, and Valley Property & Equipment Rental, Inc., commercial general liability insurance policy number CPS7334564, effective March 22, 2021 to March 22, 2022 (the "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit A. As set forth in the Policy's coverage form [CG 00 01 04 13], Coverage A of the Policy provides coverage for "bodily injury" and "property damage" caused by an "occurrence" that occurs during the Policy period.

17. The Policy contains a "Limitation of Coverage to Designated Premises, Project or Operation" endorsement [form CG 21 44 04 17], which provides in relevant part:

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## LIMITATION OF COVERAGE TO DESIGNATED PREMISES, PROJECT OR OPERATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

| Premises: |
| --- |
| ( SEE SCHEDULE OF LOCATIONS ) |
| Project or Operation: |
|  |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

A. If this endorsement is attached to Commercial General Liability Coverage Form CG 00 01, the provision under this Paragraph A. apply:

1. Paragraph 1.b. under Section I – Coverage A – Bodily Injury and Property Damage Liability is replaced by the following:

   b. This insurance applies to "bodily injury" and "property damage" caused by an "occurrence" that takes place in the "coverage territory" only if:

      (1) The "bodily injury" or "property damage":

         (a) Occurs on the premises shown in the Schedule or the grounds and structures appurtenant to those premises;…

18.  By letter dated November 12, 2021, Scottsdale notified the Underlying Defendants that it had retained counsel for their defense.  That same letter served as a reservation of rights letter.

## FIRST CAUSE OF ACTION

### (Declaratory Relief - Against All Defendants)

19.  Scottsdale hereby incorporates by reference Paragraphs 1-18 as though fully set forth herein.

20. An actual, present and justiciable controversy has arisen and now exists between Scottsdale and Defendants concerning the rights, duties and obligations owed under the Policy with respect to the Underlying Action.

21. Scottsdale contends that there is no coverage under the Policy for the Underlying Action because Garcia's injuries occurred away from both the premises listed in the Policy's Schedule of Locations as well as the grounds and structures appurtenant to those premises, such that the "Limitation of Coverage to Designated Premises, Project or Operation" endorsement applies.

22. Scottsdale is informed and believes, and on that basis alleges, that Defendants dispute Scottsdale's contentions and incorrectly believe that there is coverage for the Underlying Action under the Policy.

23. Scottsdale contends that declaratory relief is both necessary and proper at this time and that the court can adjudicate the parties' rights and obligations under the Policy.

## SECOND CAUSE OF ACTION

**(Equitable Reimbursement – Against Underlying Defendants)**

24. Scottsdale hereby incorporates by reference Paragraphs 1-23 as though fully set forth herein.

25. Scottsdale has provided and continues to provide a defense to the defendants in the Underlying Action under the Policy.

26. Scottsdale's defense of the defendants in the Underlying Action is being provided under a reservation of rights, including the right to seek reimbursement of defense fees and costs incurred by Scottsdale in the event it is found that there was never a potential for coverage, as allowed by the California Supreme Court in *Scottsdale Insurance Co. v. MV Transp.*, 36 Cal.4th 643 (2005) and/or the right to seek an allocation and reimbursement of defense fees paid to defend non-covered allegations as authorized by the California Supreme Court in *Buss v. Superior Court*, 16 Cal.4th 35 (1997).

27. Scottsdale seeks reimbursement of all costs it incurs to defend the Defendants in the Underlying Action.

## PRAYER FOR RELIEF

WHEREFORE Scottsdale prays for judgment as follows:

1. A declaration that the claims alleged in the Underlying Action are not covered under the Policy.

2. A monetary judgment for the amount of all fees and costs Scottsdale incurs to defend the defendants in the Underlying Action.

3. For costs of suit herein.

4. For prejudgment interest.

5. For such other and further relief as the Court may deem just and proper.

DATED: July 14, 2022                    SELMAN BREITMAN LLP


By: /s/*Eldon S. Edson*
    ELDON S. EDSON
    HEE SUNG YOON
    DAVID S. ELSTNER
Attorneys for Plaintiff SCOTTSDALE INSURANCE COMPANY

380 102123 4880-7435-8821 .v1