# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 1:22-cv-00869-JLT-SAB |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE REQUESTS FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION |
| v. | |
| LARRY BUEHNER, et al., | FIVE DAY DEADLINE |
| Defendants. | |

Plaintiff filed this action on July 14, 2022. (ECF No. 1.) Summonses were returned executed on August 3, 2022, indicating service had been completed in the month of July for all Defendants. (ECF Nos. 8, 9, 10, 11.) No responsive pleadings have been filed, nor requests for entry of default. A scheduling conference is currently set for October 13, 2022. (ECF No. 5.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file requests for entry of default on the non-responding Defendants, a stipulation extending the time to respond and request to continue the scheduling conference, or some other notice regarding the status of this action regarding readiness to proceed into the scheduling conference.

IT IS SO ORDERED.

Dated:   **September 29, 2022**

UNITED STATES MAGISTRATE JUDGE