# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LARRY BUEHNER, et al.,<br><br>Defendants. | Case No. 1:22-cv-00869-JLT-SAB<br><br>ORDER RESETTING PLAINTIFF'S MOTIONS FOR HEARING BEFORE THE ASSIGNED MAGISTRATE JUDGE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 13, 14, 15) |

Plaintiff filed this action on July 14, 2022. (ECF No. 1.) Summonses were returned executed on August 3, 2022, indicating service had been completed in the month of July for four of the six Defendants, Larry Buehner, Arthur Coranado, L&K Enterprises, Inc., and Eagle Valley Investments. (ECF Nos. 8, 9, 10, 11.) No responsive pleadings have been filed, nor requests for entry of default as to these four Defendants, and service has not yet been completed on the other two Defendants Brandon Garcia, and Adelaide Bumgardner. A scheduling conference is currently set for October 13, 2022. (ECF No. 5.) On September 29, 2022, the Court ordered Plaintiff to file a status report. (ECF No. 12.) On October 4, 2022, Plaintiff filed a status report; a motion for ninety (90) day extension of the time to serve the complaint on Defendants Brandon Garcia, and Adelaide Bumgardner; and a motion to serve Defendants Brandon Garcia, and Adelaide Bumgardner, by publication. (ECF Nos. 13, 14, 15.) Both motions were set for hearing on November 8, 2022, before the assigned District Judge. (ECF Nos. 14, 15.)

The status report indicates that despite extensive efforts to locate and serve Defendants Brandon Garcia, and Adelaide Bumgardner, efforts are still ongoing.  Plaintiff also details efforts to communicate with counsel of the non-responding Defendants.  The Court finds good cause to continue the scheduling conference in light of the pending motions.  The Court shall also reset the pending motions to be heard by the assigned Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to serve the complaint (ECF No. 14), currently set for hearing on November 8, 2022, in Courtroom 4, is RESET for hearing on November 9, 2022, at 10:00 a.m., in Courtroom 9, before Magistrate Judge Stanley A. Boone;

2. Plaintiff's motion for service by publication (ECF No. 15), currently set for hearing on November 8, 2022, in Courtroom 4, is RESET for hearing on November 9, 2022, at 10:00 a.m., in Courtroom 9, before Magistrate Judge Stanley A. Boone;

3. The October 13, 2022 scheduling conference is CONTINUED to February 23, 2023, at 10:30 a.m., in Courtroom 9;[1] and

4. The parties shall file a joint scheduling report at least seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 5, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] Depending on what occurs in the interim or pursuant to discussions at the hearing on the motions, the Court may advance or vacate the scheduling conference.

2