# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LARRY BUEHNER, et al., <br><br> Defendants. | Case No. 1:22-cv-00869-JLT-SAB <br><br> ORDER SETTING HEARING RE SERVICE AND AMENDMENT <br><br> ORDER REQUIRING SERVICE OF THIS ORDER WITHIN TWO DAYS |

On July 14, 2022, Plaintiff filed this action seeking an order that is has no obligation to defend or indemnify Larry Buehner ("Buehner"), Arthur Coranado ("Coranado"), L&K Enterprises, Inc. ("L&K") and Eagle Valley Investments ("Eagle Valley") for the claims being asserted by Adelaide Bumgardner ("Bumgardner") and Brandon Garcia ("Garcia"), in an underlying third-party lawsuit. (See ECF No. 1; Mot. 3.) On December 2, 2022, the Court granted Plaintiff's motion for an extension of time to serve Defendants Adelaide Bumgardner and Brandon Garcia, by publication. (ECF No. 21.) No Defendants have made an appearance in this action. On January 10, 2023, counsel for Plaintiff contacted the Court regarding the issue of adding an additional Defendant to this action, in relation to the issues of service and appearances in this action. The Court finds it prudent to set a hearing so that the matter may be discussed on the public record.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on the issue of amendment and service in this action is set for January 18, 2023, at 10:00 a.m. in Courtroom 9; and

2. Plaintiff shall make reasonable efforts to serve notice of this order on the named Defendants within two (2) days of entry of this order.[1]

IT IS SO ORDERED.

Dated:   **January 10, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] Given there have been no appearances yet, and due to the proffer by Plaintiff of ongoing difficulties communicating with certain defendants' counsel and other parties in this action, the Court deems that service may be effectuated in a reasonably prudent manner under the various manners under Federal Rule of Civil Procedure 5(b)(2).

2