1
2
3
4
5
6
7
8
9
10
11
12
13

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 1:22-cv-00869-JLT-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SUBSTITUTION OF ATTORNEYS AND DIRECTING OFFICE OF THE CLERK TO UPDATE DOCKET |
| v. | |
| LARRY BUEHNER, et al., | (ECF Nos. 22, 23, 24) |
| Defendants. | |

14   On January 4, 2023, Plaintiff Scottsdale Insurance Company filed notices of substitution

15  as to its attorneys David Scott Elstner, Hee Sung Yoon, and Eldon S. Edson.  (ECF Nos. 22, 23

16  24.)  The substitution notices indicate the same attorneys seek to continue to represent Plaintiff,

17  not from the law firm of Selman Breitman LLP, but the law firm of Selman, Leichenger, Edson,

18  Hsu, Newman and Moore, LLP.  The firm address and all other contact information appears to

19  remain the same.  Accordingly, the Office of the Clerk is DIRECTED to update the docket to

20  reflect the new law firm of attorneys David Scott Elstner, Hee Sung Yoon, and Eldon S. Edson,

21  attorneys of record for Plaintiff in this matter.

22
IT IS SO ORDERED.
23

24  Dated:   **January 04, 2023**   _____

25                                  UNITED STATES MAGISTRATE JUDGE

26
27
28

1