# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 1:22-cv-00869-JLT-SAB |
| Plaintiff, | ORDER RESETTING HEARING ON MOTION FOR LEAVE TO AMEND AND MOTION TO SERVE BY PUBLICATION |
| v. | |
| LARRY BUEHNER, et al., | (ECF Nos. 30, 31) |
| Defendants. | |

On February 7, 2023, Plaintiff filed a motion to amend and a motion for service by publication, setting the motions for hearing on March 8, 2023, at 10:00 a.m. in Courtroom 9. (ECF Nos. 30, 31.) The Local Rule, as amended March 1, 2022, requires thirty-five (35) days' notice for all normal civil motions, unless otherwise provided for in the Local Rules. See L.R. 230(b).

///

///

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED THAT the hearing on Plaintiff's motion to amend and motion to serve by publication, (ECF Nos. 30, 31), currently set for March 8, 2023, is CONTINUED to March 15, 2023, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **February 8, 2023**

UNITED STATES MAGISTRATE JUDGE