| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Case No. 1:22-cv-00869-JLT-SAB |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSIVE PLEADING DEADLINE |
| v. | |
| LARRY BUEHNER, et al., | (ECF No. 50) |
| Defendants. | |

Plaintiff most recently completed service by publication on certain Defendants in this action on May 3, 2023. (ECF No. 49.) On May 15, 2023, the parties filed a stipulation to extend the time for Defendants Larry Buehner, Joyce Buehner, Kevin Buehner, Arthur Coranado, L&K Enterprises, Inc., Eagle Valley Investments, Twin Falls Enterprises, Inc., Stateside Equipment Leasing, and Valley Property and Equipment Rental, Inc., to file an answer until May 26, 2023. (ECF No. 50.) The Court finds good cause to grant the parties' stipulated motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that the stipulated motion is GRANTED, and the deadline for Larry Buehner, Joyce Buehner, Kevin Buehner, Arthur Coranado, L&K Enterprises, Inc., Eagle Valley Investments, Twin Falls Enterprises, Inc., Stateside Equipment Leasing, and Valley Property and Equipment Rental, Inc., to file an to file a response to the first amended complaint is extended to **May 26, 2023**.

IT IS SO ORDERED.

Dated:   **May 16, 2023**

UNITED STATES MAGISTRATE JUDGE