# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LARRY BUEHNER, et al.,<br><br>Defendants. | Case No. 1:22-cv-00869-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE REQUESTS FOR ENTRY OF DEFAULT OR A NOTICE OF STATUS OF ACTION<br><br>**FIVE DAY DEADLINE** |

In this action, multiple parties have been served by publication. A scheduling conference is currently set for June 20, 2023. (ECF No. 39.) All Defendants except for Brandon Garcia and Adelaide Bumgardner have filed answers. (ECF No. 52.)

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** of the date of entry of this order, Plaintiff shall either file requests for entry of default on these Defendants, or other notice regarding the status of this action regarding readiness to proceed into scheduling.

IT IS SO ORDERED.

Dated:   **June 5, 2023**

UNITED STATES MAGISTRATE JUDGE

1